**STEVEN J. ROTHANS-STATE BAR NO. 106579**
**KATRINA J. VALENCIA-STATE BAR NO. 230931**
**CARPENTER, ROTHANS & DUMONT LLP**
500 S. Grand Avenue, 19th Floor
Los Angeles, CA 90071
(213) 228-0400 / (213) 228-0401 (Fax)
srothans@crdlaw.com; kvalencia@crdlaw.com

Attorneys for Defendant,
CITY OF BALDWIN PARK, a Municipal Entity

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| ANTHONY ROMERO, an Individual. | Case No. 2:21-cv-07293-FMO-AFM |
| Plaintiff. | **DECLARATION OF KATRINA J. VALENCIA IN SUPPORT OF DEFENDANT CITY OF POMONA'S NOTICE OF MOTION AND MOTION TO DISMISS, OR, ALTERNATIVELY, MOTION FOR A MORE DEFINITE STATEMENT; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF** |
| v. | |
| CITY OF BALDWIN PARK, a Municipal Entity, OFFICER RYAN FELTON, SERGEANT JOSEPH MEISTER, AND DOES 1 through 10, Inclusive. | |
| Defendants. | |
| | [FRCP 12(b)(6); FRCP 12(e)] |
| | [*Filed Concurrently with Motion to Dismiss; [Proposed] Order*] |
| | Date: November 18, 2021<br>TIME: 10:00 a.m.<br>COURTROOM: 6D |
| | Hon. **Fernando M. Olguin** |

COMES NOW Defendant CITY OF BALDWIN PARK, a public entity, and hereby submits the Declaration of Katrina J. Valencia in support of its Motion to Dismiss Plaintiff's Complaint, as follows:

///

-1-
DECLARATION OF KATRINA J. VALENCIA

## DECLARATION OF KATRINA J. VALENCIA

I, Katrina J. Valencia, declare as follows:

1. I am an attorney-at-law duly licensed to practice before all of the courts of the State of California and am a member in good standing of this court, and an attorney with the law firm of Carpenter, Rothans & Dumont, attorneys of record for Defendant City of Baldwin Park in this matter.

2. I state the following facts from my personal knowledge, except those facts stated on information and belief which I believe to be true, and if called as a witness I could and would so competently testify thereto under oath.

3. This Declaration is made in support of the Motion to Dismiss Plaintiff's Complaint filed on behalf of Defendant City Baldwin Park, in the matter entitled <u>Anthony Romero v. City of Baldwin Park, et al.</u>

4. This Motion is made following formal meet and confer efforts made pursuant to Local Rule 7-3, which took place between counsel on October 7, 2021 through October 12, 2021. On October 7, 2021, I sent correspondence to Plaintiff's counsel, whereby I outlined the arguments [and legal bases thereof] to be raised in Defendant's Motion to Dismiss and requesting an in person meet and confer. A true and correct copy of said correspondence is attached hereto as Exhibit "A." On October 8 and 11 the parties exchange emails regarding the meet and confer and agreed to conference on October 11, 2021. For unknown reasons Plaintiff's counsel did not contact me as agreed. Additional emails were exchanged, and the parties agreed to speak on October 12, 2021.

5. The parties met and conferred on October 12, 2021. The parties were unable to reach an agreement. On October 12, 2021, I sent a final email advising Plaintiff's counsel that we would move forward with filing the Motion to Dismiss absent an agreement to amend or stipulation to provide the parties additional time to meet and confer regarding the scope of the amendment. I received no response. A true and correct copy of said correspondence is attached hereto as Exhibit "B."

///

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 18, 2021, at Los Angeles, California.

/s/: Katrina J. Valencia
Katrina J. Valencia - Declarant