UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 21-7293 FMO (AFMx) | Date | December 28, 2021 |
|---|---|---|---|
| Title | Anthony Romero v. City of Baldwin Park et al, et al. | | |

| Present: The Honorable | Fernando M. Olguin, United States District Judge | |
|---|---|---|
| Gabriela Garcia | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorney Present for Plaintiff(s): None Present

Attorney Present for Defendant(s): None Present

**Proceedings:** (In Chambers) Order to Show Cause Re: Dismissal Re: Lack of Prosecution

Plaintiff filed this action on September 10, 2021, against defendants City of Baldwin Park, Officer Ryan Felton, and Sergeant Joseph Meister ("Meister"). (See Dkt. 1, Complaint). On October 21, 2021, the court issued an Order to Show Cause regarding the lack of service on Felton and Meister. (See Dkt. 19, Court's Order of October 21, 2021). The court subsequently ordered plaintiff to file proofs of service for Felton and Meister no later than December 17, 2021. (See Dkt. 26, Court's Order of November 8, 2021). Plaintiff filed proof of service reflecting that Meister was served by personal service on November 15, 2021. (See Dkt. 27, Proof of Service, Meister). As of the date of this Order, Meister has not appeared in this action or filed an answer. (See, generally, Dkt.). Plaintiff applied for default judgment on December 20, 2021, (Dkt. 30), however, the application was stricken for failure to first request entry of default. (See Dkt. 33, Court's Order of December 22, 2021). As of the filing date of this Order, plaintiff has not filed a request for entry of default.

Based on the foregoing, IT IS ORDERED THAT plaintiff shall file and serve a request for entry of default as to Meister no later than **January 3, 2022**. Failure to file a compliant request for entry of default by the deadline set forth above shall result in the dismissal of the action as to Meister for lack of prosecution and failure to comply with a court order. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

|  | 00 : 00 |
|---|---|
| Initials of Preparer | gga |