| | |
|---|---|
| 1 | **STEVEN J. ROTHANS-STATE BAR NO. 106579** |
| 2 | **KATRINA J. VALENCIA-STATE BAR NO. 230931** |
|   | **CARPENTER, ROTHANS & DUMONT LLP** |
| 3 | 500 S. Grand Avenue, 19th Floor |
|   | Los Angeles, CA 90071 |
| 4 | (213) 228-0400 / (213) 228-0401 (Fax) |
|   | srothans@crdlaw.com; kvalencia@crdlaw.com |
| 5 | Attorneys for Defendant, |
| 6 | CITY OF BALDWIN PARK, a Public Entity |

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | | |
|---|---|---|
| ANTHONY ROMERO, an Individual. | ) | Case No. 2:21-cv-07293-FMO-AFM |
| Plaintiff. | ) | *[Assigned to the Hon. Fernando M. Olguin]* |
| v. | ) | |
| CITY OF BALDWIN PARK, a Municipal Entity, OFFICER RYAN FELTON, SERGEANT JOSEPH MEISTER, AND DOES 1 through 10, Inclusive. | ) | **NOTICE OF SETTLEMENT** |
| Defendants. | ) | |

**TO THE HONORABLE COURT:**

Please take notice that pursuant to Federal Rules of Civil Procedure 16 and 40, as well as United States District Court, Central District of California Local Rule 40-2, Plaintiff ANTHONY ROMERO ("Plaintiff") and Defendants CITY OF BALDWIN PARK, OFFICER RYAN FELTON, and SERGEANT JOSEPH MEISTER ("Defendants") (collectively herein referred to as "Parties"), by and through their attorneys of record, hereby inform the Court and request as follows:

The Parties have entered into a settlement agreement, resolving all of the contested claims in the above-entitled matter and, pending issuance of the settlement

1  check and filing of the Joint Stipulated Dismissal, the Parties jointly recommend and
2  request that the honorable Court vacate the current trial and remaining pretrial
3  dates/deadlines (and all other relevant dates and case management deadlines).
4      In the unlikely event that the Parties fail to file a stipulation for dismissal with
5  prejudice as to the entire action by August 30, 2022, the parties jointly recommend
6  that the honorable Court set a status conference thereafter to determine if any
7  subsequent action or scheduling is warranted.

9  DATED: August 1, 2022      CARPENTER, ROTHANS & DUMONT LLP

11       By: */s/ Katrina J. Valencia*
      STEVEN J. ROTHANS
12       KATRINA J. VALENCIA
      Attorneys for Defendant
13       CITY OF BALDWIN PARK, a Public Entity

14 DATED: August 1, 2022      HAIGHT BROWN & BONESTEEL

16       By: */s/ Kevin Osterberg*
      KEVIN OSTERBERG
17       Attorneys for Defendant
      SERGEANT JOSEPH MEISTER, a public
18       employee

20 DATED: August 1, 2022      JONES & MAYER

22       By: */s/ James R. Touchstone*
      JAMES R. TOUCHSTONE
23       MELISSA M. BALLARD
      Attorneys for Defendant
24       OFFICER RYAN FELTON, a public
      employee

26 //
27 //
28 //

| | | |
|---|---|---|
| Date: August 1, 2022 | | THE OUCHI LAW FIRM, A.P.C. |
| | By: | */s/ Wesley G. Ouchi* |
| | | WESLEY G. OUCHI |
| | | Counsel for Plaintiff, |
| | | ANTHONY ROMERO |

**ATTESTATION CLAUSE**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), the ECF filer set forth below, Katrina J. Valencia, attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

| | | |
|---|---|---|
| Dated: August 1, 2022 | By: | */s/ Katrina J. Valencia* |
| | | Katrina J. Valencia |