1  **STEVEN J. ROTHANS-STATE BAR NO. 106579**
2  **KATRINA J. VALENCIA-STATE BAR NO. 230931**
   **CARPENTER, ROTHANS & DUMONT LLP**
   **500 S. Grand Avenue, 19th Floor**
3  **Los Angeles, CA 90071**
   **(213) 228-0400 / (213) 228-0401 (Fax)**
4  **srothans@crdlaw.com; kvalencia@crdlaw.com**

5  Attorneys for Defendant,
   CITY OF BALDWIN PARK, a Public Entity
6

7

8  ## UNITED STATES DISTRICT COURT

9  ## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

10

11 ANTHONY ROMERO, an Individual. ) Case No. 2:21-cv-07293-FMO-AFM
                                    )
12             Plaintiff.           ) *[Assigned to the Hon. Fernando M.*
                                    ) *Olguin]*
13       v.                         )
                                    )
14 CITY OF BALDWIN PARK, a          ) **STIPULATION AND JOINT**
   Municipal Entity, OFFICER RYAN   ) **REQUEST FOR DISMISSAL**
15 FELTON, SERGEANT JOSEPH          ) **OF ENTIRE ACTION WITH**
   MEISTER, AND DOES 1 through 10,  ) **PREJUDICE**
16 Inclusive.                       )
                                    )
17             Defendants.          )
                                    )
18 _____)

19

20     **TO THE HONORABLE COURT:**

21         IT IS HEREBY STIPULATED by and between, Plaintiff ANTHONY

22 ROMERO ("Plaintiff") and Defendants CITY OF BALDWIN PARK, OFFICER

23 RYAN FELTON, and SERGEANT JOSEPH MEISTER ("Defendants") (collectively

24 herein referred to as "Parties"), by and through their attorneys of record, as follows:

25         1.     Pursuant to the Court's August 2, 2022, order [Doc. 63], the Court

26 retained jurisdiction over the instant action for an additional 30 days so that the parties'

27 settlement could be finalized.

28 //

2.      As of August 8, 2022, the release was finalized and settlement funds were sent to Plaintiff's counsel of the parties has been finalized.

3.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), a plaintiff may dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared.

4.      In light of the foregoing, the parties hereby stipulate that there is Good Cause to dismiss with prejudice the entire action and all remaining claims/causes of action and parties therein.

## STIPULATION FOR DISMISSAL

5.      Therefore, in light of all of the foregoing, the parties hereby stipulate to the following dismissals with prejudice as to all of plaintiff's remaining claims/causes of action and the entire civil action.

6.      Plaintiff hereby stipulates (and the signatory parties stipulate) to dismiss with prejudice all of plaintiff's claims/causes of against Defendants CITY OF BALDWIN PARK, OFFICER RYAN FELTON, and SERGEANT JOSEPH MEISTER ("Defendants") in their entirety.

7.      To the extent that plaintiff alleges any other claims against any other parties or DOES in this action, plaintiff hereby stipulates to dismiss with prejudice any and all such claims and causes of action.1

8.      Plaintiff hereby stipulates and requests the dismissal with prejudice of the entire action – including all claims by the plaintiff against any and all defendants, DOES and/or parties thereto, including all remaining claims against any parties to the above entitled lawsuit.

9.      This Stipulation may be signed in counterpart and a facsimile or electronic signature shall be as valid as an original signature.

10.      [Signature Attestation.] Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(i), the undersigned hereby certify that the content of this document is acceptable to all parties listed above, by and through their counsel of record, and that each has obtained

1  authorization from each party's counsel to affix their electronic signatures to this

2  document.

3  IT IS SO STIPULATED.

4

5  DATED:  August 18, 2022            CARPENTER, ROTHANS & DUMONT LLP

6                                            By:  /s/ Katrina J. Valencia

7                                                  STEVEN J. ROTHANS
                                                   KATRINA J. VALENCIA
8                                                  Attorneys for Defendant
                                                   CITY OF BALDWIN PARK, a Public Entity
9

10 DATED:  August 18, 2022                    HAIGHT BROWN & BONESTEEL

11
                                             By: /s/ S. Christian Stouder
12                                                S. CHRISTIAN STOUDER
13                                                Attorneys for Defendant
                                                  SERGEANT JOSEPH MEISTER, a public
14                                                employee

15

16 DATED:  August 18, 2022                        JONES & MAYER

17
                                             By: /s/ James R. Touchstone
18                                                JAMES R. TOUCHSTONE
19                                                MELISSA M. BALLARD
                                                  Attorneys for Defendant
20                                                OFFICER RYAN FELTON, a public
21                                                employee

22 Date:  August 8, 2022                  THE OUCHI LAW FIRM, A.P.C.

23
                                             By:   /s/ Wesley G. Ouchi
24                                                 WESLEY G. OUCHI
25                                                 Counsel for Plaintiff,
                                                   ANTHONY ROMERO
26

27 //

28 //

-3-
STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Per L.R. 5-4.3.4(a)(2) I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

DATED:  August 18, 2022          CARPENTER, ROTHANS & DUMONT LLP


By:  /s/ *Katrina J. Valencia*
STEVEN J. ROTHANS
KATRINA J. VALENCIA
Attorneys for Defendant
CITY OF BALDWIN PARK, a Public Entity

STIPULATION RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE